ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

HELEN L. GILBERT (NYBN 4736336)
Assistant United States Attorneys

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7021
     FAX: (415) 436-7234
     helen.gilbert@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 17-00620 HSG |
| ) | |
|     Plaintiff, ) | STIPULATION AND |
| ) | ORDER EXCLUDING TIME FROM MARCH 12, |
|     v. ) | 2018 THROUGH MAY 14, 2018 |
| ) | |
| RAFAEL MENDOZA, ) | |
| ) | |
|     Defendant. ) | |
| _____ ) | |

Plaintiff United States of America and defendant Rafael Mendoza, by and through their

respective counsel of record herein, hereby stipulate as follows:

1.      On March 12, 2018, the parties appeared before the Court for status.  The next status

conference in this case is scheduled for May 14, 2018.

2.      The parties jointly stipulated to exclude the time between March 12, 2018 and May 14,

2018, from the time in which the defendant must be brought to trial pursuant to the Speedy Trial Act, 18

U.S.C. § 3131 *et al*.  The defendant and his counsel continue to review the discovery produced by the

government.  Therefore, the parties agree that the time period of March 12, 2018 and May 14, 2018,

inclusive, should be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv) on

the basis that the ends of justice served by the continuance outweigh the best interests of the public and

1    defendant in a speedy trial, and failing to exclude time between March 12, 2018 and May 14, 2018,

2    would deny counsel for defendant the reasonable time necessary for effective preparation, taking into

3    account the exercise of due diligence.

4            IT IS SO STIPULATED.

5    DATED:  March 14, 2018                              Respectfully submitted,

6                                                        ALEX G. TSE
                                                         Acting United States Attorney
7

8                                                        _____/s/_____

9                                                        HELEN L. GILBERT
                                                         Assistant United States Attorneys
10

11                                                       _____/s/ (per email authorization)____

12                                                       FREDERICK R. REMER
                                                         HARRIS TABACK
13                                                       Attorneys for Rafael Mendoza

**ORDER**

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time between March 12, 2018 and May 14, 2018, would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between March 12, 2018 and May 14, 2018, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. Therefore, **IT IS HEREBY ORDERED** that the time between March 12, 2018 and May 14, 2018, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: <u>March 16, 2018</u>

HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge