1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  HELEN L. GILBERT (NYBN 4736336)
   Assistant United States Attorneys
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7021
7       FAX: (415) 436-7234
        helen.gilbert@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 17-00620 HSG |
| Plaintiff, | STIPULATION AND ORDER EXCLUDING TIME FROM JUNE 4, 2018 THROUGH JULY 2, 2018 |
| v. | |
| RAFAEL MENDOZA, | |
| Defendant. | |

Plaintiff United States of America and defendant Rafael Mendoza, by and through their respective counsel of record herein, hereby stipulate as follows:

1. On June 4, 2018, the parties appeared before the Court for status or entry of a chance of plea. The next appearance is a change of plea scheduled for July 2, 2018.

2. The parties jointly stipulated to exclude the time between June 4, 2018 and July 2, 2018, from the time in which the defendant must be brought to trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3131 *et al*. The defendant and his counsel continue to review the discovery produced by the government. Therefore, the parties agree that the time period of June 4, 2018 and July 2, 2018, inclusive, should be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv) on the basis that the ends of justice served by the continuance outweigh the best interests of the public and

defendant in a speedy trial, and failing to exclude time between June 4, 2018 and July 2, 2018, would deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS SO STIPULATED.

DATED: June 8, 2018                  Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

/s/
HELEN L. GILBERT
Assistant United States Attorneys

/s/ (per email authorization)
FREDERICK R. REMER
HARRIS TABACK
Attorneys for Rafael Mendoza

Attestation of Filer

In addition to myself, the other signatories to this document are Frederick R. Remer and Harris Taback. I attest that I have permission from Mr. Taback to enter a conformed signature on behalf of him and Mr. Remer and to file the document.

DATED: June 8, 2018                  /s/
HELEN L. GILBERT
Assistant United States Attorney

**ORDER**

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time between June 4, 2018 and July 2, 2018, would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between June 4, 2018 and July 2, 2018, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. Therefore, **IT IS HEREBY ORDERED** that the time between June 4, 2018 and July 2, 2018, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: June 12, 2018

HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge