CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

HELEN L. GILBERT (CABN 366563)
Assistant United States Attorney

　　　450 Golden Gate Avenue, Box 36055
　　　San Francisco, California 94102-3495
　　　Telephone: (415) 436-7200
　　　FAX: (415) 436-7234
　　　Helen.Gilbert@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. 4:17-cr-00620-HSG |
|---|---|---|
| Plaintiff, | ) | NOTICE OF WITHDRAWAL OF COUNSEL |
| v. | ) | AUSA HELEN GILBERT |
| RAFAEL MENDOZA, | ) | |
| Defendant. | ) | |

　　　The United States Attorney's Office hereby files this Notice of Withdrawal of Counsel to advise the Court that Assistant United States Attorney Helen Gilbert is no longer assigned to this matter. Please remove AUSA Helen Gilbert from the attorneys to be notified in this case.

DATED: Aug 7, 2026　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　CRAIG H. MISSAKIAN
　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　/s/ Helen Gilbert_____
　　　　　　　　　　　　　　　　　　　　　　Helen Gilbert
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

NOTICE OF WITHDRAWAL OF COUNSEL
4:17-cr-00620 HSG　　　　　　　　　　　　1